

# MEMORANDUM OPINION

No. 04-09-00067-CV

## IN RE JERRY R. CRANDALL AND ERLINDA V. SOTO

Original Mandamus Proceeding[1]

PER CURIAM

Sitting: Catherine Stone, Chief Justice
    Sandee Bryan Marion, Justice
    Rebecca Simmons, Justice

Delivered and Filed:  February 11, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On February 2, 2009, relators filed a petition for writ of mandamus and a motion for emergency stay.  The court has considered relators' petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought.  Accordingly, the petition for writ of mandamus and the motion for emergency stay are DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2008-CI-15946 pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Andy Mireles presiding.  However, the challenged order was signed by the Honorable Larry Noll, presiding judge of the 408th Judicial District Court, Bexar County, Texas.